UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA JIMENEZ, Individually and On Behalf of
All Others Similarly Situated

                    Plaintiff,

            – against –

HCI CLEANING PRODUCTS, LLC,

                    Defendant.

**ORDER**

22 Civ. 5382 (ER)

Ramos, D.J.:

On June 26, 2022, plaintiff brought a complaint against HCI Cleaning Products, LLC.

Doc. 1.  Defendant was served on July 8, 2022 and was required to answer by July 22, 2022.

Doc. 5.  On July 26, 2022, plaintiff submitted a proposed clerk's certificate of default, Doc. 6,

which the Clerk of Court entered that same day, Doc. 8.

By letter dated July 29, 2022, plaintiff requests that the Court vacate the Clerk of Court's

certificate of default.  Doc. 9.  Plaintiff's request is hereby granted.  The Clerk of the Court is

respectfully directed to vacate the certificate of default, Doc. 8.

It is SO ORDERED.

Dated:    August 1, 2022
          New York, New York

                                        _____
                                           EDGARDO RAMOS, U.S.D.J.