UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANESSA JIMENEZ, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>- against -<br><br>HCI CCLEANING PRODUCTS, LLC,<br><br>Defendant. | **ORDER**<br>22 Civ. 5382 (ER) |

Ramos, D.J.:

    The October 19, 2022 Clerk's Certificate of Default, Doc. 16, is hereby VACATED.

It is SO ORDERED.

Dated:  October 21, 2022
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.