UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA JIMENEZ, Individually, and On
Behalf of All Others Similarly Situated,

Plaintiff,

- vs -

HCI CLEANING PRODUCTS, LLC,

Defendant.

**ANSWER**

CIVIL ACTION NO: 1:22-cv-05382

Defendant HCI CLEANING PRODUCTS, LLC ("Defendant" or "HCI"), by its attorneys Nixon Peabody LLP, hereby answers the Complaint ("Complaint") of Plaintiffs VANESSA JIMENEZ, Individually and on behalf of all other persons similarly situated ("Plaintiffs"), filed on June 26, 2022, in accordance with the numbered paragraphs thereof as follows:

**NATURE OF THE ACTION**

1.      Defendant denies knowledge or information sufficient to form a belief as to the truth of allegations of fact contained in Paragraph 1 of the Complaint. Defendant neither admits nor denies the remaining allegations contained in Paragraph 1 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

2.      Defendant admits that it maintains a website at www.forceofnatureclean.com, and that it offers products for sale thereon. Defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2 of the Complaint, and its subparts.

3.      Defendant denies knowledge or information sufficient to form a belief as to the truth of allegations of fact contained in Paragraph 3 of the Complaint.

4.      Defendant neither admits nor denies the allegations contained in Paragraph 4 of

the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

5.      Defendant neither admits nor denies the allegations contained in Paragraph 5 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

## JURISDICTION AND VENUE

6.      Defendant neither admits nor denies the allegations contained in Paragraph 6 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

7.      Defendant neither admits nor denies the allegations contained in Paragraph 7 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

8.      Defendant neither admits nor denies the allegations contained in Paragraph 8 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

9.      Defendant neither admits nor denies the allegations contained in Paragraph 9 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

10.      Defendant neither admits nor denies the allegations contained in Paragraph 10 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

11.      Defendant neither admits nor denies the allegations contained in Paragraph 11 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

## PARTIES

**Plaintiff**

12.      Defendant denies knowledge or information sufficient to form a belief as to the truth of allegations of fact contained in Paragraph 12 of the Complaint. Defendant neither admits nor denies the remaining allegations contained in Paragraph 12 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

**Defendant**

13.     Defendant admits that it is a limited liability company registered in Delaware. Defendant neither admits nor denies the remaining allegations contained in Paragraph 13 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

**SUBSTANTIVE ALLEGATIONS**

**The visually-impaired use screen-readers to access the Internet.**

14.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint.

15.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint.

16.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint.

17.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint.

**A company's website must accommodate the use of screen readers**

18.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint.

19.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint.

**Defendant's website discriminates against the visually-impaired by containing access barriers**

20.     Defendant admits that it transacts business, in part, through its website. Defendant denies the remaining allegations contained in Paragraph 20 of the Complaint.

21.     Defendant denies the allegations contained in Paragraph 21 of the Complaint.

22.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint.

23.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint.

      a.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23(a) of the Complaint.

      b.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23(b) of the Complaint.

      c.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23(c) of the Complaint.

      d.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23(d) of the Complaint.

      e.   Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23(e) of the Complaint.

24.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint.

**Defendant must remove the website's accessibility barriers**

25.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint.

26.     Defendant denies knowledge or information sufficient to form a belief as to the truth of allegations of fact contained in Paragraph 26 of the Complaint. Defendant neither admits nor denies the remaining allegations contained in Paragraph 26 of the Complaint, as they are not

- 4 -

allegations of fact, but rather legal claims and conclusions.

      a.   Defendant neither admits nor denies the allegations contained in Paragraph 26(a) of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

      b.   Defendant neither admits nor denies the allegations contained in Paragraph 26(b) of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

      c.   Defendant neither admits nor denies the allegations contained in Paragraph 26(c) of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

27.    Defendant denies the allegations of fact contained in Paragraph 27 of the Complaint and its subparts. Defendant neither admits nor denies the remaining allegations contained in Paragraph 27 of the Complaint and its subparts, as they are not allegations of fact, but rather legal claims and conclusions.

28.    Defendant denies the allegations of fact contained in Paragraph 28 of the Complaint. Defendant neither admits nor denies the remaining allegations contained in Paragraph 28 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

## CLASS ACTION ALLEGATIONS

29.    Defendant neither admits nor denies the allegations contained in Paragraph 29 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

30.    Defendant neither admits nor denies the allegations contained in Paragraph 30 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

31.     Defendant neither admits nor denies the allegations contained in Paragraph 31 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

32.     Defendant neither admits nor denies the allegations contained in Paragraph 32, including its subparts, of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

33.     Defendant neither admits nor denies the allegations contained in Paragraph 33 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

34.     Defendant neither admits nor denies the allegations contained in Paragraph 34 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

35.     Defendant neither admits nor denies the allegations contained in Paragraph 35 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

36.     Defendant neither admits nor denies the allegations contained in Paragraph 36 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

## COUNT I

### Against Defendant for Violations of the ADA, 42 U.S.C. §§ 12101 *et seq.*, on behalf of Plaintiff and the Class

37.     Defendant repeats and re-alleges each and every answer to the allegations contained in the preceding paragraphs as if fully set forth herein.

38.     Defendant neither admits nor denies the allegations contained in Paragraph 38 of the Complaint, as they are not allegations of fact, but rather statutory provisions to which Defendant respectfully refers the Court.

39.     Defendant neither admits nor denies the allegations contained in Paragraph 39 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

40.     Defendant neither admits nor denies the allegations contained in Paragraph 40 of

the Complaint, as they are not allegations of fact, but rather statutory provisions to which Defendant respectfully refers the Court.

41.     Defendant neither admits nor denies the allegations contained in Paragraph 41 of the Complaint, as they are not allegations of fact, but rather statutory provisions to which Defendant respectfully refers the Court.

42.     Defendant neither admits nor denies the allegations contained in Paragraph 42 of the Complaint, as they are not allegations of fact, but rather statutory provisions to which Defendant respectfully refers the Court.

43.     Defendant neither admits nor denies the allegations contained in Paragraph 43 of the Complaint, as they are not allegations of fact, but rather statutory provisions to which Defendant respectfully refers the Court.

44.     Defendant denies that Plaintiff has been denied full and equal access to the Website, has not been provided services that are provided to other patrons who are not disabled, and has been provided services that are inferior to the services provided to the services provided to non-disabled persons. Defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 44 of the Complaint.

45.     Defendant neither admits nor denies the allegations contained in Paragraph 45 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

**COUNT II**

**Against Defendant for Violations of the New York City Human Rights Law, N.Y.C. Administrative Code §§ 8-101 *et seq.*, on behalf of Plaintiff and the NYC Sub-Class**

46.     Defendant repeats and re-alleges each and every answer to the allegations contained in the preceding paragraphs as fully set forth herein.

47.     Defendant neither admits nor denies the allegations contained in Paragraph 47 of

the Complaint, as they are not allegations of fact, but rather statutory provisions to which Defendant respectfully refers the Court.

48.     Defendant admits that it is a "person" within the meaning of the New York City Administrative Code. Defendant denies the remaining allegations contained in Paragraph 48 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions.

49.     Defendant denies the allegations contained in Paragraph 49 of the Complaint.

50.     Defendant neither admits nor denies the allegations contained in Paragraph 50 of the Complaint, as they are not allegations of fact, but rather statutory provisions to which Defendant respectfully refers the Court.

51.     Defendant denies it violated the NYCHRL. Defendant neither admits nor denies the remaining allegations contained in Paragraph 51 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions

52.     Defendant denies it violated the NYCHRL. Defendant neither admits nor denies the remaining allegations contained in Paragraph 52 of the Complaint, as they are not allegations of fact, but rather legal claims and conclusions

## COUNT III

**Against Defendant for Declaratory Relief, on behalf of Plaintiff and the Class**

53.     Defendant repeats and re-alleges each and every answer to the allegations contained in the preceding paragraphs as fully set forth herein.

54.     Defendant denies the allegations contained in Paragraph 54 of the Complaint.

55.     Defendant denies the allegations contained in Paragraph 55 of the Complaint.

## PRAYER FOR RELIEF

Defendant denies the allegations contained in the Prayer for Relief section of the Complaint.

## **GENERAL DENIAL**

Defendant denies each and every allegation not specifically admitted herein.

## **STATEMENT OF AFFIRMATIVE DEFENSES AND OTHER DEFENSES**

Defendant reserves the right to plead additional separate and affirmative defenses, which may be ascertained during the course of discovery in this action or otherwise.  Defendant asserts the following affirmative and other defenses without assuming any burden of production or proof that it would not otherwise have.

## **AS AND FOR DEFENDANT'S FIRST AFFIRMATIVE DEFENSE**

### **(Failure to State a Claim)**

56.     Some or all of the claims made in the Complaint fail to set forth a claim for which relief may be granted.

## **AS AND FOR DEFENDANT'S SECOND AFFIRMATIVE DEFENSE**

### **(Statute of Limitations)**

57.     The Complaint, and each claim purported to be alleged therein, is barred, in whole or in part, by the applicable statute of limitations.

## **AS AND FOR DEFENDANT'S THIRD AFFIRMATIVE DEFENSE**

### **(Estoppel)**

58.     The Complaint, and each claim purported to be alleged therein, is barred, in whole or in part, by judicial, equitable, and/or collateral estoppel.

**AS AND FOR DEFENDANT'S FOURTH AFFIRMATIVE DEFENSE**

**(Laches)**

59.     The Complaint, and each claim purported to be alleged therein, is barred, in whole or in part, by the doctrine of laches.

**AS AND FOR DEFENDANT'S FIFTH AFFIRMATIVE DEFENSE**

**(Payment)**

60.     Plaintiffs' action is barred by the doctrine of payment, partial or whole.

**AS AND FOR DEFENDANT'S SIXTH AFFIRMATIVE DEFENSE**

**(Legitimate Nondiscriminatory Reasons)**

61.     All decisions made, and all actions Defendant took, with respect to Plaintiff and the Website were made in good faith and were based upon legitimate, nondiscriminatory, non-retaliatory reasons, and if it is determined that any such actions were motivated by both discriminatory and nondiscriminatory reasons, the nondiscriminatory reason alone would have caused Defendant to make the same decision.

**AS AND FOR DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

62.     Defendant is informed and believe, and thereupon allege, that Plaintiff has failed and neglected to mitigate his damages, if any, and to the extent of such failure to mitigate, any damages awarded to Plaintiff should be reduced accordingly.

**AS AND FOR DEFENDANT'S EIGHTH AFFIRMATIVE DEFENSE**

**(Election of Remedies)**

63.     Recovery by Plaintiff as to certain causes of action is duplicative and/or inconsistent with other causes of action, and Plaintiff must elect his remedies.

## AS AND FOR DEFENDANT'S NINTH AFFIRMATIVE DEFENSE

## (Waiver)

64.     Plaintiff has waived any rights he may otherwise have had to relief based upon the Complaint or any claims stated therein.

## AS AND FOR DEFENDANT'S TENTH AFFIRMATIVE DEFENSE

## (Unclean Hands)

65.     Any prospective recovery herein is barred by the doctrine of unclean hands.

## AS AND FOR DEFENDANT'S ELEVENTH AFFIRMATIVE DEFENSE

## (No Malice, Fraud or Oppression)

66.     Plaintiff's Complaint fails to allege the requisite malice, fraud and oppression to justify the imposition of punitive damages.

## AS AND FOR DEFENDANT'S TWELFTH AFFIRMATIVE DEFENSE

## (Website Management Discretion)

67.     Any and all conduct of which Plaintiff complains or which is attributed to Defendants was a just and proper exercise of website management discretion and based upon bona fide factors other than those alleged by Plaintiff in the Complaint.

## RESERVATION OF RIGHTS

Defendant reserves the right to assert such additional defenses that may appear and prove applicable during the course of this action.

**WHEREFORE**, having fully answered Plaintiffs' allegations, Defendant respectfully requests that this Court dismiss the Complaint in its entirety, award it the costs and disbursements of this action, including reasonable attorney's fees, and award such other relief as the Court deems just and proper.

Dated: December 2, 2022
Albany, New York

**NIXON PEABODY LLP**

By: ___*/s/ Erin T. Huntington*___
Erin T. Huntington
677 Broadway, 10th Fl.
Albany, New York 12207
Tel.: (518) 427-2650
ehuntington@nixonpeabody.com

*Attorneys for Defendant HCI Cleaning Products, LLC*